United States District Court
Middle District of Florida
Jacksonville Division

**BARBARA FELDMAN,**

    *Plaintiff,*

v.                                               **NO. 3:19-cv-419-PDB**

**TARGET CORPORATION,**

    *Defendant.*

_____

## Order

    Based on the jury's verdict returned on June 24, 2021, Doc. 138, the Court directs the Clerk of Court to enter judgment as follows:

    As to count I of the complaint, Doc. 3, judgment is entered in favor of the defendant, Target Corporation, and against the plaintiff, Barbara Feldman.

    The Court directs the Clerk of Court to close the file.

    **Ordered** in Jacksonville, Florida, on June 25, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*